FILED
CLERK, U.S. DISTRICT COURT
MAY 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ANTONIO CORTEZ, | NO. CV 07-4556-ghk (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN S. HUBBARD, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 5/18/08.

/s/ _____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE